IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LISA J. TADLOCK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-01253-O-BP |
| | § | |
| LYDIA FIERO WILLINGHAM, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

In response to Plaintiff's March 19, 2021 Motion for Cancelling the Scheduling Order, or Motion for Expansion of Time, ECF No. 14, the United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings and Conclusions of the Magistrate Judge.

Accordingly, it is **ORDERED** that Plaintiff's Motion for Cancelling the Scheduling Order, or Motion for Expansion of Time (ECF No. 14) is **GRANTED in part**, and the claims against Defendants Patrick Banis and Margarita Pazos, also known as Marguerita Pazo, are **DISMISSED without prejudice**.

**SO ORDERED** this **26th day** of **March 2021**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE