IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LISA J. TADLOCK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-01253-O-BP |
| | § | |
| LYDIA FIERO WILLINGHAM, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### FINDINGS, CONCLUSIONS, AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is Plaintiff's Motion to Dismiss Without Prejudice for Lydia Willingham and Ron Cope filed on April 22, 2021. ECF No. 18. In her Motion, Plaintiff moves to dismiss Defendants Lydia Willingham and Ron Cope without prejudice. ECF No. 18 at 1. A review of the record in this case reflects that Defendant Willingham has filed an answer. Therefore, the Court requires an expedited response to the Motion from her. *See* Local Civil Rule 7.1(f). Accordingly, Defendant Lydia Willingham shall file her response to the Motion **on or before May 3, 2021**.

It is so **ORDERED** on April 23, 2021.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE