IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| LISA J. TADLOCK, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:20-cv-1253-O-BP |
| § | |
| LYDIA FIERO WILLINGHAM, et al., § | |
| § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On April 23 and May 5, 2021, the United States Magistrate Judge made Findings, Conclusions, and a Recommendations in this case. *See* FCR, ECF Nos. 19, 20, 22. No objections were filed, and the Magistrate Judge's Recommendations are ripe for review. The Court reviewed the proposed Findings, Conclusions, and Recommendations for plain error. Finding none, the Court accepts the Findings and Conclusions of the Magistrate Judge.[1]

Accordingly, it is **ORDERED** that Plaintiff's Motion to Dismiss Without Prejudice for Lydia Willingham and Ron Cope (ECF No. 18) is **GRANTED**, and the claims against Defendants Lydia Willingham and Ron Cope are **DISMISSED without prejudice**.

**SO ORDERED** this **6th day** of **May 2021**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE

---

[1] It is apparent from the record in this case that Plaintiff did not pursue any of her claims to a conclusion on the merits, despite months of litigation that required Defendants to expend significant time and energy and incur attorney fees in defense of this suit. While the Court takes no position on the merits of the claims here, Plaintiff is reminded that our busy justice system can ill afford to entertain "frivolous, malicious, and meritless complaints that unduly burden scarce judicial resources." *Young v. Leonard*, No. CIVA G-04-313, 2006 WL 3447662, at *1 (S.D. Tex. Nov. 21, 2006).